# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TYOJUANA LENARD, individually and on behalf of those similarly situated, | )<br>)<br>) |
| *Plaintiff*, | )<br>) |
| v. | ) Case No. 4:20-cv-00593<br>) |
| HJE SUBS, LLC | )<br>) |
| *Defendant*. | )<br>) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses this matter with prejudice. Defendant has not served an Answer nor filed a Motion for Summary Judgment.

Date:  July 2, 2020

Respectfully Submitted:

By: */s/ Brandon M. Wise*
Brandon M. Wise – MO Bar #67242
Paul A. Lesko – MO Bar #51914
**PEIFFER WOLF CARR KANE & CONWAY, APLC**
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
Ph: 314-833-4825
Email: bwise@pwcklegal.com
Email: plesko@pwcklegal.com

COUNSEL FOR PLAINTIFF
AND THOSE SIMILARLY SITUATED

## **CERTIFICATE OF SERVICE**

   I certify that on July 2, 2020, I electronically filed a true and correct copy of the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filling to all counsel of record registered to receive Notices of Electronic Filing generated by CM/ECF.

                    */s/ Brandon M. Wise*_____
                    Brandon M. Wise