UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TYOJUANA LENARD,<br>individually and on behalf of those<br>similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>HJE SUBS, LLC,<br><br>    Defendant. | Case No. 4:20-cv-00593-NCC |

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal (Doc. 6). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff seeks dismissal of this action with prejudice (*Id.*). Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. As of today's date, Defendant has not answered or otherwise responded to Plaintiff's Complaint.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED, with prejudice**.

Dated this 10th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE